**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| JACQUELINE WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC,<br><br>    Defendants. | Case No.: 1:23-cv-05169-SEG-RDC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJDUICE AS TO DEFENDANTS CITIBANK, N.A. AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants Citibank, N.A. and Experian Information Solutions, Inc. hereby jointly stipulate that Citibank, N.A. and Experian Information Solutions, Inc. may be dismissed without prejudice, with each of the parties to bear their own fees and costs.

Respectfully submitted February 16, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

/s/ Erik L. Johnson
Erik L. Johnson, Esq.
BALLARD SPAHR, LLP
Georgia Bar No. 139597
999 Peachtree Street, Suite 1600
Atlanta, GA 30309
(678) 420-9300
(678) 420-9301 (Facsimile)
Johnsonel@ballardspahr.com
Attorneys for Citibank, N.A.

/s/ Michael D. McWaters
Michael D. McWaters
(Georgia Bar No. 523512)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
mmcwaters@jonesday.com

Counsel for Defendant
Experian Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/ Esther Oise