UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JACQUELINE WILSON,<br><br>       Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION LLC,<br><br>       Defendants. | Case No.: 1:23-cv-05169-SEG-RDC<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted February 23, 2024.

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*